**Opinion issued April 15, 2014**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-12-00432-CR

_____

## JONITHAN QUINN, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 208th District Court**
**Harris County, Texas**
**Trial Court Case No. 1264043**

## MEMORANDUM OPINION

Appellant, Jonithan Quinn, has filed a "Notice of Status Statement on Abandonment," stating he "will abandon this appeal." The Court construes the document filed by appellant as a motion to dismiss the appeal. The motion is signed by the appellant and his attorney, in compliance with Texas Rule of

Appellate Procedure 42.2(a).  *See* TEX. R. APP. P. 42.2(a).  No opinion has issued, and more than 10 days have passed and no party has responded to the motion.  *See* TEX. R. APP. P. 10.3(a).

Accordingly, we grant the motion and dismiss the appeal.  *See* TEX. R. APP. P. 42.2(a), 43.2(f).  We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Higley, and Sharp.

Do not publish.  TEX. R. APP. P. 47.2(b).